**FILED**
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate No. '08 MJ 8319 |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. OCAÑAS | ) | Title 18 U.S.C. Section 3144 |
| Jorge OGANAS-Martinez, | ) | F.R. Crim. P. [Material Witness] |
| Material Witness. | ) | |

The Undersigned Complainant being duly sworn states:

On or about April 9, 2008, withing the Southern District of California, Material Witness, Jorge OGANAS-Martinez, did witness and observe the defendant, "F.G.M.," guide and entice to enter into the United States in violation of the law an undocumented alien, in violation of Title 8, United States Code, Section 1324 (a)(1)(ii). The Material Witness has testimony to a petition in the State of California Juvenile Court against the defendant and whose whereabouts at the time of trial will be in a foreign country, or unknown, and he should be detained until his testimony can be secured. The affiant further alleges that the above-referenced Material Witness is a Material Witness under Title 18, United States Code, Section 3144.

This complainant states this complaint is based on the attached Statement of Facts herein by reference.

Dated: April 11, 2008

_____
U.S. Border Patrol Agent

SWORN BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH DAY OF APRIL 2008.

_____
PETER C. LEWIS
UNTIED STATES MAGISTRATE JUDGE

Material Witness
Jorge OGANAS-Martinez.

## STATEMENT OF FACTS

1. I am a Senior Patrol Agent with the United States Border Patrol, assigned to the El Centro Sector Prosecutions Unit. This affidavit is made in support of a material witness complaint, pursuant to Title 18, United States Code, Section 3144, for Jorge OGANAS-Martinez. This application seeks the Witness's detention so his testimony may be secured for trial in the Southern District of California.

2. The United States Government has filed a juvenile petition against "F.G.M." within the State of California's Juvenile Court system for the violation of Title 8, Unites States Code, Section 1324, Transportation of Illegal Aliens within the Southern District of California.

3. On April 1, 2008, Border Patrol Agents of the Calexico Border Patrol Station encountered "F.G.M." as he attempted to guide and smuggle one undocumented alien for financial gain. "F.G.M." was subsequently apprehended by agents for his role in the smuggling scheme.

4. Calexico Border Patrol Station Remote Video Surveillance System (RVSS) Operator observed an individual, later identified as Jorge OGANAS-Martinez, make an illegal entry into the United States. The RVSS operator observed this individual approach "F.G.M."

5. "F.G.M." was observed motioning to OGANAS where to hide after OGANAS made an illegal entry into the United States.

6. Agents arrived in the area and located "F.G.M." and OGANAS and questioned the individuals. It was determined OGANAS is a citizen of Mexico illegally in the United States and "F.G.M." is a citizen of the United States.

7. Material Witness to the incident is able to provide identification of the guide, "F.G.M.," who assisted his entry into the United States, as having a significant part in the smuggling scheme. The Material Witness is also able to provide significant testimony which would cooberate the statements of the Agents.

8. Material Witness Jorge OGANAS-Martinez stated the guide, "F.G.M.," motioned to him and instructed him where to hide in order to avoid detection by law enforcement.

9. Based on the foregoing, I respectfully submit testimony from the Material Witness at trial will be material.

10. In addition, it is not impractical to secure the presence of Jorge OGANAS-Martinez by subpoena for the following reasons:

    a. Jorge OGANAS-Martinez is not a citizen of the United States and currently resides in Mexico with his family;

    b. Jorge OGANAS-Martinez does no possess any immigration documentation to be, reside or live in the United States lawfully;

    c. Jorge OGANAS-Martinez has an incentive to avoid coming to the United States and appearing in court as a government witness as he was trying to illegally enter the United States without properly filing for admittance.

11. I believe that, based on the facts set out above, there is no condition or combination of conditions that would reasonably assure the appearance of Jorge OGANAS-Martinez. Accordingly, I respectfully request that a complaint be issued for Jorge OGANAS-Martinez and he be imprisoned or bailed as the case may be.