# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) Case No: **08MJ8319**
Jorge OGANAS-Martinez )

**RECEIVED**
2008 MAY -1 P 3:49
MARSHALS SERVICE
EL CENTRO OFFICE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum     (X) Ad Testificandum

Name of Detainee:   Jorge OGANAS-Martinez
Detained at (custodian):   Imperial County Jail, 328 Applestill Road, El Centro, CA 92243

Detainee is:  a.)  (X) charged in this district by:
  ( ) Indictment    ( ) Information    (X) Complaint
  Charging Detainee With:   Title 18, United States Code 3144
or  b.)  (X) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (X)  return to the custody of detaining facility upon termination of proceedings
or  b.)  ( )  be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on May 6, 2008, May 7, 2008 and May 8, 2008, at 8:30 a.m. in the courtroom of the Honorable Juan Ulloa, 324 Applestill Road, El Centro, California.

John F. Weis (760) 370-0893, Ext. 13
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum     (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  5-1-08

HONORABLE PETER C. LEWIS
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male **X** | Female ☐ |
| Booking or Fed. Reg. #: | 884098 | DOB: | 12-24-89 |
| Facility Address: | 328 Applestill Road | Race: | |
| | El Centro, CA 92243 | FBI #: | |
| Facility Phone: | (760) 339-6302 | | |
| Currently Incarcerated For: | 18 U.S.C. § 1344 (Material Witness) | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)

Form Crim-48                                                                 Revised 9/22/97

# Memorandum



| Subject | Date |
|---|---|
| AUSA Request/Writ of Habeas Corpus | April 30, 2008 |

To
Steven C. Stafford
United States Marshal
United States Marshals Service

From
John F. Weis
Assistant United States Attorney

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: __Jorge OGANAS-Martinez__

AKA: __None__

DOB or AGE: __12-24-89__    RACE: _____    SEX: __MALE__

BOOKING NO.: __884098__    BOP No.: __None__

FBI NO.: _____

STATE CHARGES: __None__

CASE NO.: __United States v. Jorge OGANAS-Martinez - Case No. 08MJ8319__

INSTITUTE'S PHONE NO.: FTS _____    COMMERCIAL: __(760) 339-6302__

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:
**Subject is currently being detained at the Imperial County Jail @ 328 Applestill Road, El Centro, CA 92243; (760) 339-6302**

**If you have any questions please contact AUSA John F. Weis, (760) 370-0893 Ext. 13 or (619) 726-5170.**

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**