UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>)<br>Jorge Ocanas-Martinez )<br>Defendant(s) ) | CRIMINAL NO. 08mj8319<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06204298 |

On order of the United States ~~District~~/Magistrate Judge, **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Jorge Ocanas-Martinez
A.K.A: Jorge Oganas-Martinez

DATED: 05-06-08

Louisa S. Porter
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk