**FILED**

MAY - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _FF_                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate No.: **08MJ8319** |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Motion & Order to Dismiss<br>) Material Witness Complaint |
| TN: Jorge OCANAS-Martinez<br>Charged as: Jorge OGANAS-Martinez | ) Without Prejudice |
| Material Witness. | ) |

<u>MOTION TO DISMISS</u>

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, John F. Weis, and hereby moves to dismiss, without prejudice, the complaint against the above named material witness in the interest of justice for further investigation.

<u>ORDER</u>

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint Material Witness, Title 18 U.S.C. § 3144, filed on April 11, 2008, before Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named material witness.

1        IT IS FURTHER ORDERED that bond be exonerated, if bond posted

2    or material witness be released, if in custody.

3        IT IS FURTHER ORDERED that the status hearing date of May 16,

4    2008, be vacated as to the above named material witness.

5        DATED:  <u>May 7, 2008</u> .

6

7                             ANTHONY J. BATTAGLIA

8                             U. S. MAGISTRATE JUDGE

9    Presented by:

10   KAREN P. HEWITT
     United States Attorney

11

12

13   JOHN F. WEIS
     Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28