UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff

vs.

Jorge Ocanas-Martinez

    Defendant(s)

CRIMINAL NO. 08mj8319

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06204298
A# 88638736

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Jorge Ocanas-Martinez

DATED: 5/7/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
    Deputy Clerk